■ HOWARD MALAMENT et al., Plaintiffs, v VASAP CONSTRUCTION CORP., Also Known as VASOP CONSTRUCTION CORP., Defendant and Third-Party Plaintiff-Appellant, et al., Defendant. ARCTIC METAL PRODUCTS CORP., Third-Party Defendant-Respondent. [733 NYS2d 915] —In an action to recover damages for personal injuries, etc., the defendant third-party plaintiff appeals from an order of the Supreme Court, Nassau County (Bucaria, J.), dated January 24, 2001, which denied its motion for summary judgment on the third-party complaint and granted the cross motion of the third-party defendant for summary judgment dismissing the third-party complaint.

Ordered that the order is affirmed, with costs.

The third-party defendant, Arctic Metal Products Corp., made a prima facie showing of entitlement to judgment as a matter of law by establishing that as tenant, it was not responsible for removing snow and ice from the subject parking lot (*see, Alvarez v Prospect Hosp.,* 68 NY2d 320). In opposition to the cross motion, the defendant third-party plaintiff, Vasap Construction Corp., failed to raise a triable issue of fact as to whether Arctic Metal Products Corp. breached its lease (*see,* CPLR 3212 [b]; *Putnam v Stout,* 38 NY2d 607). Krausman, J. P., Luciano, Smith and Adams, JJ., concur.